Shaaban Shaaban Hafed
Plaintiff's full name(s)

J 179622
Prisoner or registration number

Marion County Jail 40 S. Alabama St.
Street address or postal box number

Indianapolis IN 46204
City, state and zip code

2006 JAN -3 PM 4:04

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

1:06-cv-0005-JDT-TAB
Civil Action No. _____
(To be supplied by the Court)

Shaaban Shaaban Hafed
_____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v.

Susan W. Brooks U.S. Attorney
Sharon M. Jackson Assistant US Attorney
Timothy M. Morrison Assist US Attorney
Byron P. Franz SA FBI
_____

_____ Defendant(s).
(Enter above the full name of ALL defendants in this action.
Do not use "et al.")

**CIVIL RIGHTS COMPLAINT**

# I. Parties

**A. Plaintiff's Information:**

Name and Prisoner Number of Plaintiff: Shaaban S. Hafed T179622

Present Place of Confinement or Mailing Address: P.O Box 920
Greenfield IN 46140

**B. Defendant's Information:** *(NOTE: To provide information about more defendants than there is room for here, use this format on another sheet of paper.)*

Name of Defendant 1: Susan W. Brooks

Title (If applicable): United States Attorney

Address of Defendant: U.S. Attorney's office
10 W. Market st. #2100 Indianapolis IN 46204

Name of Defendant 2: Sharon M. Jackson

Title (If applicable): Assistant U.S. attorney

Address of Defendant: U.S. Attorney's office
10 W. Market st #2100 Indianapolis IN 46204

Name of Defendant 3: Timothy M. Morrison

Title (If applicable): Assistant U.S. attorney

Address of Defendant: U.S. Attorney's office
10W Market st #2100 Indianapolis IN 46204

Name of Defendant 4: Byron P. Franz

Title (If applicable): Special Agent Federal Bureau of Investigation

Address of Defendant: 575 N Pennsylvania St. Indianapolis IN 46204

## II. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331. *(If you wish to assert jurisdiction under additional statutes, you may fill in the title and section below.)*

__42__ U.S.C. § __1983__

_____ U.S.C. § _____

## III. Basis for Claims

Check any Applicable Item(s):

__✓__  Complaint Under the Civil Rights Act, **42 U.S.C. § 1983** (state, county, or municipal defendants)

_____  Complaint under ***Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)** (federal defendants)

__✓__  **Other** (cite statute, if known)_____

## IV. Claims

BRIEFLY state the background of your case:

I am a victim of US Attorney and FBI SA mistakes and false charges on racial profile status. 10 months I am in jail without proper Investigation and misleading judges on my charges — fraud and lie to Grand Jury, Contempt Judge order by using Illegal name —

**Claim I:** (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Mistaken Identity. They Charged my twin brother without investigation as we are twin Identical, because of

That They arrested me, where I suffering from jail and detentions.

**Claim II:** Because of using Illegal name in Indictment on case # IP-05-34-CR-01 I was attacked in jail and was attempt to kill me, I suffer physical damage in my brain and loss of memory and Choking head and left feet.

**Claim III:** I loosing my kidneys and liver because of detention me without investigation, the result is giving me bad medicines in jail which did side effect on my body.

## V. Previous Lawsuits and Administrative Relief

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

 _____ Yes    _X_ No

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "IV. Previous Lawsuits and Administrative Relief".)

a. Parties to previous lawsuit:

 Plaintiff(s): _____

 Defendant(s): _____

b. Name and location of court and docket number: _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

2. I have previously exhausted available administrative remedies regarding the or events acts complained of in Part III of this complaint. _____ Yes  ✗ No

If your answer is "Yes," briefly describe how relief was sought and the result:

_____

_____

_____

### VI. Previously Dismissed Actions or Appeals

1. If you are proceeding under 28 U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "V. Previously Dismissed Actions or Appeals."

a. Parties to previous lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

b. Name and location of court and docket number: _____

c. Grounds for dismissal:

( ) frivolous  ( ) malicious  ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: _____

e. Approximate date of disposition: _____

## VII. Request for Relief

I request the following relief:

① revoke my Illegal Detention in Jail

② Compensation for my lost of health and honor and suffer of my family 5000.000 $ five millions dollars.

_____    _____Sheafor Heloel_____
Signature of attorney (if any)              Plaintiff's Signature

Date: 12-20-05