# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHAABAN SHAABAN HAFED, | ) |
| Plaintiff, | ) |
| vs. | ) 1:06-cv-005-RLY-TAB |
| SUSAN W. BROOKS, et al., | ) |
| Defendants. | ) |

## E N T R Y

This civil rights action was dismissed without prejudice in a Judgment entered on the clerk's docket on January 12, 2006. This disposition was compelled by 28 U.S.C. § 1915A(b) because the complaint failed to state a claim upon which relief could be granted. There was no appeal filed and there was no substantive activity in the case until the plaintiff's filing on February 17, 2009, of his motion to reinstate the cause and permission to file first amended complaint.

"Rule 60 of the FED. R. CIV. P. regulates the procedure for obtaining relief from final judgments." *Arrieta v. Battaglia*, 461 F.3d 861, 864 (7th Cir. 2006)(citing *Wesco Prods. Co. v. Alloy Auto. Co.,* 880 F.2d 981, 983 (7th Cir. 1989)). The motion to reinstate will therefore be treated as a motion for relief from judgment. That motion (dkt 9) is **denied as untimely** because it was filed more than a year after the entry of judgment and was not filed within a reasonable time. This time limit is jurisdictional and cannot be extended. *Arrieta v. Battaglia*, 461 F.3d 861, 864 (7th Cir. 2006).

The motion for leave to file a first amended complaint (dkt 9) is also **denied,** because "a party cannot request leave to amend following a final judgment unless that judgment has been vacated." Weiss v. Cooley, 230 F.3d 1027, 1034 (7th Cir. 2000).

**IT IS SO ORDERED.**

Date: 02/23/2009

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Shaaban S. Hafed
Reg. No. 07797-028
P.O. Box 855
Florence CO 81226